# **EXHIBIT A**

8001129

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
-------------------------------------------------------x
In re:                                    :   Chapter 11
                                          :
VO Stone Holdings, Inc.,                  :   Case No. 14-10310 (___)
                                          :
            Debtor.                       :   RE:  D.I.
-------------------------------------------------------x
In re:                                    :   Chapter 11
                                          :
Victor Oolitic Stone Company,             :
d/b/a Indiana Limestone Company,          :   Case No. 14-10311 (___)
                                          :
            Debtor.                       :   RE:  D.I.
-------------------------------------------------------x
```

## ORDER APPROVING JOINT ADMINISTRATION OF DEBTORS' CHAPTER 11 CASES

Upon the motion (the "Motion")[1] of the debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors") for entry of an order, pursuant to Rule 1015 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rule 1015-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, authorizing the joint administration of the Debtors' cases under chapter 11 of title 11 of the United States Code; due and sufficient notice of the Motion having been given; and it appearing that no other or further notice need be provided; and upon the record therein; and it appearing that the relief requested by the Motion is in the best interests of the Debtors' estates, their creditors, and other parties-in-interest; and after due deliberation and sufficient cause appearing therefor;

IT IS HEREBY ORDERED THAT:

1. The Motion is granted.

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

2. The above-captioned cases are consolidated for procedural purposes only and shall be administered jointly under Case No. 14-10311 (   ) in accordance with the provisions of Bankruptcy Rule 1015.

3. The joint caption of the Debtors' cases shall read as follows:

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

----------------------------------------------------------------- x
                                                                  :
In re                                                             :    Chapter 11
                                                                  :
VICTOR OOLITIC STONE COMPANY,                                     :    Case No. 14-10311
*d/b/a* INDIANA LIMESTONE CO., *et al.*[1]                        :
                                                                  :    (Jointly Administered)
        Debtors.                                                  :
                                                                  :
----------------------------------------------------------------- x

---
[1] The Debtors are the following entities (the last four digits of their respective taxpayer identification numbers follow in parentheses):  VO Stone Holdings, Inc., a Delaware corporation (4952); and Victor Oolitic Stone Company, an Indiana corporation (4823). The Debtors' address is 301 Main Street, Oolitic, IN  47451.

4. All original pleadings shall be captioned as indicated in the preceding binding paragraph, all original docket entries shall be made in the case of Victor Oolitic Stone Company, Case No. 14-10311 (_____).

5. A docket entry shall be made in the other Debtor's chapter 11 case substantially as follows:

> An order has been entered in this case directing the procedural consolidation and joint administration of the chapter 11 cases of Victor Oolitic Stone Company and VO Stone Holdings, Inc.  The docket in the chapter 11 case of Victor Oolitic Stone Company, Case No. 14-10311 (_____), should be consulted for all matters affecting this case.

- 3 -

6. This Court retains jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

Dated: February __, 2014
      Wilmington, Delaware

                                        THE HONORABLE _____
                                        UNITED STATES BANKRUPTCY JUDGE